# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-22-5107-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** |
| | **E1103373** |
| **vs.** | **Location Code: M13** |
| **OVERLAND WEST, INC.,** | **ORDER** |
| **Defendant.** | |

Based upon the motion of the United States and for good cause appearing,

**IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench warrant issued on or about

September 30, 2022 is **QUASHED**.

DATED this 3rd day of October, 2022.

_____
John Johnston
United States Magistrate Judge